UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES SERVIN, | No.  2:14-cv-2999 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On June 18, 2015, the Magistrate Judge issued an order for plaintiff to pay the required fees for a civil rights action, in the amount of $400.00, or an application to proceed in forma pauperis.  ECF No. 8.  On July 14, 2015,[1] plaintiff filed a request for reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's order of June 18, 2015, is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2015 request for reconsideration (ECF No. 9) is denied.

DATED:  August 19, 2015

/s/ John A. Mendez_____

John A. Mendez, U. S. District Court Judge

---

[1] The prison mailbox rule was used in determining the filing date.  See Houston v. Lack, 487 U.S. 266 (1988).

1